# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cantrell Jackson Sr., )<br>)<br>            Plaintiff, )<br>)<br>    v. )<br>)<br>United Parcel Service, Inc., etc., )<br>et al., )<br>)<br>            Defendant(s). )<br>_____ ) | EDCV 15-01189 JVS (SPx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    July 8, 2016

_____
James V. Selna
United States District Judge